UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. LISA M. BUON,

                        Plaintiff,

      -against-                                 No. 21-cv-5623 (JCM)

NEWBURGH ENLARGED CITY SCHOOL DISTRICT,     **ORDER**
SUPERINTENDENT ROBERTO PADILLA, and ANDREA
MORIARTY,

                        Defendants.
-----------------------------------------------------------------X

    **WHEREAS**, Plaintiff has requested in her September 9, 2022 Second Request for the Production of Documents unredacted documents that reflect medical/health information of two non-party employees of the Newburgh Enlarged City School District (the "District") concerning or relating to those individuals' requests for reasonable accommodations; and

    **WHEREAS**, documents previously produced by Defendants and Bates-stamped DEF 1468-1513 contain such redactions; and

    **WHEREAS**, information pertaining to these individuals' medical conditions may be relevant as comparator information in this litigation, as discussed during the October 20, 2022 status conference; and

    **WHEREAS**, Defendants are otherwise prohibited from disclosing this information;

    **IT IS HEREBY ORDERED THAT:**

    1.    The documents identified above shall be reproduced by Defendants to Plaintiff with the redactions removed; and

    2.    Those documents shall be treated as Confidential subject to the terms of the parties' Stipulation and Protective Order (ECF 26).

    3.    This Order does not affect, and does not waive, Defendants' assertion of

confidentiality, privilege or protection with respect to any other document, category of document, and/or other communication.

**SO ORDERED.**

Dated: White Plains, New York

November 9, 2022

_____
Hon. Judith C. McCarthy