**SILVERMAN & ASSOCIATES | ATTORNEYS AT LAW**

August 4, 2023

<u>VIA ECF</u>
Hon. Andrew E. Krause
U.S. District Court, S.D.N.Y.
300 Quarropas Street
White Plains, NY 10601

   Re: *Buon v. Newburgh Enlarged City School District et al.*
     Docket No.: 21-cv-5623(JCM)
     Our File No.: 5001.556

Dear Judge Krause:

  We represent Defendants in the above-captioned matter. We write jointly on behalf of all parties to provide the Court with this status report of the parties' efforts to finalize settlement.

  Following the parties' most recent settlement conference, counsel have continued to confer and discuss the parties' respective settlement positions. Counsel have agreed to continue these discussions after Plaintiff's counsel's trial in another matter concludes and both counsel return from their respective vacations. Plaintiff's counsel has requested, and the Courts have granted, an extension of the 60-day orders entered in the two litigations. The deadlines to reopen the cases are now September 30, 2023.

  Counsel appreciates Your Honor's assistance in trying to resolve these matters. In the event the Court's assistance may be needed again, counsel will inform the Court and request another settlement conference.

  We thank the Court for its attention to this matter.

       Very truly yours,

      **SILVERMAN & ASSOCIATES**

     By: <u>*/s/ Deanna L. Collins*</u>
      Deanna L. Collins
      Silverman & Associates
     445 Hamilton Ave., Suite 1102
      White Plains, NY 10601
       (914) 574-4510
     DCollins@silvermanandassociatesny.com

CC: All counsel of record (by ECF)